# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

SCOTT COPELAND                                                                                  PLAINTIFF

V.                                              CIVIL ACTION NO. 3:22-CV-103-MPM-RP

COOK ELECTRICAL CONTRACTORS, LLC                    DEFENDANTS

## **ORDER SUBSTITUTING PARTY**

This matter is before the court on the Plaintiff's motion to substitute Cook's Electrical Contractors, LLC for the defendant incorrectly named in the complaint as Cook's Electrical Contractors, Inc. The court finds the request is well taken and should be **GRANTED**. Cook's Electrical Contractors, LLC is substituted as the defendant in place of Cook's Electrical Contractors, Inc. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED**, this the 5th day of August, 2022.

                                                                      /s/ Roy Percy
                                                                      UNITED STATES MAGISTRATE JUDGE